USCA1 Opinion

 

 March 6, 1996 [NOT FOR PUBLICATION] United States Court of Appeals For the First Circuit ____________________ No. 95-2048 JESUS A. HERNANDEZ, a/k/a Tereso Jesus Herndez-Aviles, Petitioner, v. IMMIGRATION AND NATURALIZATION SERVICE, Respondent. ____________________ ON PETITION FOR REVIEW OF AN ORDER OF THE BOARD OF IMMIGRATION APPEALS ____________________ Before Torruella, Chief Judge, ___________ Cyr and Stahl, Circuit Judges. ______________ ____________________ Raymond E. Gillespie on brief for petitioner. ____________________ Frank W. Hunger, Assistant Attorney General, Civil Division, _________________ Richard M. Evans, Assistant Director, and Lorri L. Shealy, Attorney, _________________ _______________ U.S. Department of Justice, Civil Division, on brief for respondent. ____________________ ____________________ Per Curiam. Petitioner seeks review of the Board of __________ Immigration Appeals' (Board) denial of his motion to reopen deportation proceedings. We have carefully reviewed the record and petitioner's arguments.  We will not direct the Board to reopen the proceedings to consider petitioner's new evidence. Petitioner failed to meet the basic requirement that he present material evidence that was not available and could not have been discovered or presented at the former hearing. 8 C.F.R. 3.2. Petitioner's evidence was available to him and discoverable by him at the time of the hearing.  Petitioner also failed to present a prima facie case showing that he is presently entitled to an adjustment of status. Accordingly, the Board properly declined to remand the proceedings to allow petitioner to apply for such an adjustment. I.N.S. v. Doherty, 502 U.S. 314, 323 (1992).  ______ _______ The Board adequately explained its reasons for denying discretionary relief, and we perceive no basis to disturb that decision. Williams v. I.N.S., 773 F.2d 8, 9 (1st Cir. ________ ______ 1985). The petition for judicial review is denied. Loc.R. ______ 27.1. -2-